

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BALDEV SINGH and CARGO ZONE TRANSPORT, | § | No. 08-20-00137-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | County Court at Law |
| | § | |
| GALLAGHER BASSETT, L.L.C., as subrogee of WILLIAM MCSWAIN AND SWIFT TRANSPORTATION CO., INC., | § | of Culberson County, Texas |
| | § | (TC# 1307) |
| Appellee. | § | |
| | § | |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for new trial, in accordance with this Court's opinion. We further order that each party shall be responsible for their own costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.